STATE of Missouri, Respondent,

v.

Lester STONE, Appellant.

Lester STONE, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 59348, 61703.

Missouri Court of Appeals, Eastern District, Division One.

May 18, 1993.

Raymond L. Legg, Marcie W. Bower, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph E. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

A consolidated appeal. Defendant was convicted as a prior and persistent offender of first degree robbery and armed criminal action. He appeals his convictions and the denial of his 29.15 motion after a hearing based on ineffective assistance of counsel. We affirm per Rules 84.16(b) and 30.25(b). No error of law appears, and the motion court's findings are not clearly erroneous. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only.